Antana Kimble | G027382
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑
RECEIVED
LODGED
COPY

AUG 2 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Antana Maya Shonitia Kimble
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2) Clint Hickman

(3) Dawn Noggle

(4)_____,

        Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | **CV23-01796-PHX-JJT--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   - ☐ Other:_____

2. Institution/city where violation occurred: Estrella Detention Facility

3. Phoenix AZ 85009

Revised 12/1/20

1

**550/555**

**B.   DEFENDANTS**

1.   Name of first Defendant: _Paul Penzone_____. The first Defendant is employed
as: _Maricopa County Sherrif___ at _Estrella detention Facility_
          (Position and Title)                                           (Institution)

2.   Name of second Defendant: _Clint Hickman___. The second Defendant is employed as:
as: _Board Member_____ at _Estrella Facility__
          (Position and Title)                                           (Institution)

3.   Name of third Defendant: _Dawn Noggk__ The third Defendant is employed
as: _Community Health____ at _Community Health center_
          (Position and Title)                                           (Institution)

4.   Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at_____
          (Position and Title)                                           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.   PREVIOUS LAWSUITS**

1.   Have you filed any other lawsuits while you were a prisoner?      ☐ Yes      ☐ No

2.   If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.   First prior lawsuit:
        1.   Parties:_____ v. _____.
        2.   Court and case number:_____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
             _____

   b.   Second prior lawsuit:
        1.   Parties:_____ v. _____.
        2.   Court and case number:_____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
             _____

   c.   Third prior lawsuit:
        1.   Parties:_____ v. _____.
        2.   Court and case number:_____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
             _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.   CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8 amendment indency Human Negligence 14 amendment Due Process

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☑ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

This facility has Been condemned since 2017. And due to this Human Facility containing Blackmold & Asbestos the severity of my copd has taken hold of my Ashama respirtory issues healthwise which cause me to have headaches normally I wouldnt have. The Blackmold continues to grow, they have galvanized pipine the toothpaste even has mold in it, the shower and venting system is dripping with Black mole, this is agans all of my right as a human being, it will Pall & wanton w... stan misconduct & gross negligence.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Emotional mental & health torch

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
b. Did you submit a request for administrative relief on Count I? ☐ Yes  ☑ No
c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes  ☑ No
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to admintrative relief All staff simply ignores all grievances when discussion Arises of Blackmole or ABestos in Estrella.

3

# COUNT II

1.   State the constitutional or other federal civil right that was violated? _____
_____

2.   **Count II.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

    ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.   **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
    2. Did you submit a request for administrative relief on Count II?    ☐ Yes  ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes  ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1.    State the constitutional or other federal civil right that was violated: _____
_____

2.    **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety          ☐ Other:_____

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
1.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                   ☐ Yes          ☐ No
2.    Did you submit a request for administrative relief on Count III?          ☐ Yes          ☐ No
3.    Did you appeal your request for relief on Count III to the highest level?          ☐ Yes          ☐ No
4.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Relief Being Sought
for injuries Jnf Negligence
and Vililation of 8th & 14 Amendment
is $75,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12 2023
DATE                                                       SIGNATURE OF PLAINTIFF

Reserve All rights / Waive None Exempt

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may
attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **August 22, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____  Hon _____ United States District Court, District of Arizona.

____  Hon _____ United States District Court, District of Arizona.

____  Attorney General, State of Arizona, _____

____  Judge _____ Superior Court, Maricopa County, State of Arizona.

____  County Attorney, Maricopa County, State of Arizona _____

____  Public Defender, Maricopa County, State of Arizona _____

____  Attorney _____

____  Other _____

____  _____

____  _____

_____          **B5955**
Legal Support Specialist Signature                S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009