# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antania Maya Shonitia Kimble,<br><br>   Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>   Defendants. | **NO. CV-23-01796-PHX-JJT (MTM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 29, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

January 16, 2024

                                          s/ W. Poth
                              By   Deputy Clerk